UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     SUSAN M. PETSCH-BLOCK

Case No.:    20-19516
Chapter:    7
Judge:    KCF

### NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __10/20/20__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 427 Continental Street, Forked River, NJ - Value: $411,000.00

Liens on property: CENLAR - Value: $395,825.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-19516-KCF
Susan M. Petsch-Block                                                 Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Sep 22, 2020
                              Form ID: pdf905          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
```
db             +Susan M. Petsch-Block,    427 Continental Street,    Forked River, NJ 08731-1645
518924476      +BANK OF AMERICA,    4909 SAVARESE CIRCLE,    FL1-908-01-50,    TAMPA, FL 33634-2413
518924483      +CENLAR,    ATTN: BANKRUPTCY,    PO BOX 77404,    EWING, NJ 08628-6404
518924488      +CITIBANK,    CITICORP CREDIT SRVS/CENTRALIZED BK DEPT,    PO BOX 790034,
                 ST LOUIS, MO 63179-0034
518924491      +CITIBANK/EXXON MOBILE,    ATTN: BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
518924505      +FIRST CREDIT SERVICES,    ATTN: BANKRUPTCY,    PO BOX 55  3 SCILES AVE,
                 PISCATAWAY, NJ 08855-0055
518924527      +TARGET,    C/O FINANCIAL & RETAIL SRVS,    MAILSTOP BT POB 9475,    MINNEAPOLIS, MN 55440-9475
518924528      +USDOE/GLELSI,    ATTN: BANKRUPTCY,    PO BOX 7860,    MADISON, WI 53707-7860
518924531      +WELLS FARGO BANK NA,    MAC F823F-02F,    PO BOX 10438,    DES MOINES, IA 50306-0438
518924530      +WELLS FARGO BANK NA,    ATTN: BANKRUPTCY,    1 HOME CAMPUS MAC X2303-01A,
                 DES MOINES, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 23 2020 00:39:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 23 2020 00:39:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518924472      +E-mail/Text: backoffice@affirm.com Sep 23 2020 00:39:31      AFFIRM, INC.,    ATTN: BANKRUPTCY,
                 PO BOX 720,    SAN FRANCISCO, CA 94104-0720
518924477       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 23 2020 00:40:23      CAP 1 Bank,
                 PO Box 85015,    Richmond, VA 23285
518924478      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 23 2020 00:40:23      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518924484      +E-mail/Text: bk.notifications@jpmchase.com Sep 23 2020 00:38:56      CHASE AUTO FINANCE,
                 ATTN: BANKRUPTCY,    PO BOX 901076,    FORT WORTH, TX 76101-2076
518924492      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:43      COMENITY BANK/CHADWICKS,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924493      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:43      COMENITY BANK/EDDIE BAUER,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924494      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:43      COMENITY BANK/EXPRESS,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924495      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:43
                 COMENITY BANK/JESSICA LONDON,    ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924496      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:44      COMENITY BANK/KINGSIZE,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924497      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:44      COMENITY BANK/METRO,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924498      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:44      COMENITY BANK/NEWPORT NEWS,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924499      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:44      COMENITY BANK/OVERSTOCK,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924500      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:44      COMENITY BANK/PIER 1,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924501      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:45      COMENITY BANK/SPIEGEL,
                 ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518924502      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 23 2020 00:38:45
                 COMENITY BANK/VICTORIA SECRET,    ATTN: BANKRUPTCY,    POB 182125,    COLUMBUS, OH 43218-2125
518924503      +E-mail/Text: bankruptcy@sccompanies.com Sep 23 2020 00:39:33      COUNTRY DOOR/SWISS COLONY,
                 ATTN:BANKRUPTCY,    1112 SEVENTH AVE,    MONROE, WI 53566-1364
518924504      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 23 2020 00:40:29      CREDIT ONE BANK,
                 ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518924485       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 23 2020 00:40:19      CHASE CARD SERVICES,
                 ATTN: BANKRUPTCY,    PO BOX 15298,    WILMINGTON, DE 19850
518924506      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 23 2020 00:38:12      KOHLS/CAPITAL ONE,
                 ATTN: CREDIT ADMINISTRATOR,    PO BOX 3043,    MILWAUKEE, WI 53201-3043
518924507      +E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 23 2020 00:39:28      NAVY FCU,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 3000,    MERRIFIELD, VA 22119-3000
518924509      +E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 23 2020 00:39:28      NAVY FEDERAL CREDIT UNION,
                 ATTN: BANKRUPTCY,    PO BOX 3000,    MERRIFIELD, VA 22119-3000
518924511      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Sep 23 2020 00:38:37
                 STATE FARM FINANCIAL S,    ATTN: BANKRUPTCY,    1 STATE FARM PLAZA,    BLOOMINGTON, IL 61710-0001
518924512      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:14      SYNCB/EBAY,    ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
518924513      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:15      SYNCB/HSN,    ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
518924514      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:12      SYNCB/IKEA,    ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
518924515      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCB/PAYPALSMARTCONN,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
518924516      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCB/WALMART,    PO Box 965024,
                 El Paso, TX 79980-0001
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Sep 22, 2020
                              Form ID: pdf905          Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518924517      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCB/ZULILY,   ATTN: BANKRUPTCY,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
518924518      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY,   PO B 965064,   ORKANDO, FL 32896-5064
518924520      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCHRONY BANK/AMAZON,
                 ATTN:  BANKRUPTCY,   PO BOX 965060,   ORLANDO, FL 32896-5060
518924521      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:39:44      SYNCHRONY BANK/CARE CREDIT,
                 ATTN:  BANKRUPTCY DEPT,   PO BOX 965064,   ORLANDO, FL 32896-5064
518924523      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCHRONY BANK/GAP,
                 ATTN: BANKRUPTCY,   PO BOX 965060,   ORLANDO, FL 32896-5060
518924522      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:13      SYNCHRONY BANK/GAP,
                 ATTN:  BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
518924524      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:15      SYNCHRONY BANK/OLD NAVY,
                 ATTN:  BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
518924526      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:40:14      SYNCHRONY BANK/QVC,
                 ATTN:  BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
518926536      +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 00:39:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518924529      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 23 2020 00:37:52
                 VERIZON WIRELESS,   ATTN: VERIZON BANKRUPTCY,   500 TECHNOLOGY DR, STE 500,
                 WELDON SPRINGS, MO 63304-2225
518924535      +E-mail/PDF: bk@worldacceptance.com Sep 23 2020 00:39:58      WORLD FINANCE/WORLD ACCEPTANCE CORP,
                 ATTN: BANKRUPTCY,   108 FREDERICK ST,   GREENVILLE, SC 29607-2532
                                                                                              TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518924473*     +AFFIRM, INC.,   ATTN: BANKRUPTCY,   PO BOX 720,   SAN FRANCISCO, CA 94104-0720
518924474*     +AFFIRM, INC.,   ATTN: BANKRUPTCY,   PO BOX 720,   SAN FRANCISCO, CA 94104-0720
518924475*     +AFFIRM, INC.,   ATTN: BANKRUPTCY,   PO BOX 720,   SAN FRANCISCO, CA 94104-0720
518924479*     +CAPITAL ONE,   ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518924480*     +CAPITAL ONE,   ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518924481*     +CAPITAL ONE,   ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518924482*     +CAPITAL ONE,   ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518924489*     +CITIBANK,   CITICORP CREDIT SRVS/CENTRALIZED BK DEPT,   PO BOX 790034,
                 ST LOUIS, MO 63179-0034
518924490*     +CITIBANK,   CITICORP CREDIT SRVS/CENTRALIZED BK DEPT,   PO BOX 790034,
                 ST LOUIS, MO 63179-0034
518924486*    ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: CHASE CARD SERVICES,    ATTN: BANKRUPTCY,   PO BOX 15298,
                 WILMINGTON, DE 19850)
518924487*    ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court: CHASE CARD SERVICES,    ATTN: BANKRUPTCY,   PO BOX 15298,
                 WILMINGTON, DE 19850)
518924508*     +NAVY FCU,   ATTN: BANKRUPTCY DEPT,   PO BOX 3000,   MERRIFIELD, VA 22119-3000
518924510*     +NAVY FEDERAL CREDIT UNION,   ATTN: BANKRUPTCY,   PO BOX 3000,   MERRIFIELD, VA 22119-3000
518924519*     +SYNCHRONY BANK/ JC PENNEYS,   ATTN: BANKRUPTCY,   PO B 965064,   ORKANDO, FL 32896-5064
518924525*     +SYNCHRONY BANK/OLD NAVY,   ATTN: BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
518924532*     +WELLS FARGO BANK NA,   ATTN: BANKRUPTCY,   1 HOME CAMPUS MAC X2303-01A,
                 DES MOINES, IA 50328-0001
518924533*     +WELLS FARGO BANK NA,   ATTN: BANKRUPTCY,   1 HOME CAMPUS MAC X2303-01A,
                 DES MOINES, IA 50328-0001
518924534*     +WELLS FARGO BANK NA,   ATTN: BANKRUPTCY,   1 HOME CAMPUS MAC X2303-01A,
                 DES MOINES, IA 50328-0001
                                                                                 TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Sep 22, 2020
                              Form ID: pdf905          Total Noticed: 50
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
              Bunce   Atkinson     bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Susan M. Petsch-Block ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```