**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Susan M. Petsch–Block <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6739 <br> EIN  __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–19516–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan M. Petsch–Block

11/20/20                              **By the court:** Kathryn C. Ferguson
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-19516-KCF
Susan M. Petsch-Block  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Nov 20, 2020  Form ID: 318  Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Susan M. Petsch-Block, 427 Continental Street, Forked River, NJ 08731-1645 |
| 518924483 | + | CENLAR, ATTN: BANKRUPTCY, PO BOX 77404, EWING, NJ 08628-6404 |
| 518924505 | + | FIRST CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 55 3 SCILES AVE, PISCATAWAY, NJ 08855-0055 |
| 518924528 | + | USDOE/GLELSI, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: NFCU.COM | Nov 21 2020 02:13:00 | Navy Federal Credit Union, PO Box 3502, Merrifield, VA 22119-3502 |
| 518924472 | + | Email/Text: backoffice@affirm.com | Nov 20 2020 22:01:00 | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518924476 | + | EDI: BANKAMER.COM | Nov 21 2020 02:08:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518924478 | + | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518924477 | | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | CAP 1 Bank, PO Box 85015, Richmond, VA 23285 |
| 518924484 | + | EDI: CAUT.COM | Nov 21 2020 02:13:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 518924488 | + | EDI: CITICORP.COM | Nov 21 2020 02:13:00 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518924491 | + | EDI: CITICORP.COM | Nov 21 2020 02:13:00 | CITIBANK/EXXON MOBILE, ATTN: BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518924492 | + | EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/CHADWICKS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924493 | + | EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/EDDIE BAUER, ATTN: |

Case 20-19516-KCF    Doc 15    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 518924494 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| | | | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924495 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/JESSICA LONDON, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924496 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/KINGSIZE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924497 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/METRO, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924498 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/NEWPORT NEWS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924499 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/OVERSTOCK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924500 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924501 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/SPIEGEL, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518924502 | + EDI: WFNNB.COM | Nov 21 2020 02:13:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, POB 182125, COLUMBUS, OH 43218-2125 |
| 518924503 | + EDI: CBS7AVE | Nov 21 2020 02:13:00 | COUNTRY DOOR/SWISS COLONY, ATTN:BANKRUPTCY, 1112 SEVENTH AVE, MONROE, WI 53566-1364 |
| 518924504 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2020 21:51:18 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 518924485 | EDI: JPMORGANCHASE | Nov 21 2020 02:08:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518924506 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 20 2020 21:58:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 518924507 | + EDI: NFCU.COM | Nov 21 2020 02:13:00 | NAVY FCU, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 518924509 | + EDI: NFCU.COM | Nov 21 2020 02:13:00 | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 518924511 | + EDI: STFM.COM | Nov 21 2020 02:13:00 | STATE FARM FINANCIAL S, ATTN: BANKRUPTCY, 1 STATE FARM PLAZA, BLOOMINGTON, IL 61710-0001 |
| 518924512 | + EDI: RMSC.COM | Nov 21 2020 02:08:00 | SYNCB/EBAY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924513 | + EDI: RMSC.COM | Nov 21 2020 02:08:00 | SYNCB/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924514 | + EDI: RMSC.COM | Nov 21 2020 02:08:00 | SYNCB/IKEA, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924515 | + EDI: RMSC.COM | Nov 21 2020 02:08:00 | SYNCB/PAYPALSMARTCONN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 518924516 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCB/WALMART, PO Box 965024, El Paso, TX 79980-0001 |
| 518924517 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCB/ZULILY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924518 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO B 965064, ORKANDO, FL 32896-5064 |
| 518924520 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924521 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 518924523 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924522 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924524 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924526 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518926536 | + EDI: RMSC.COM | | Nov 21 2020 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518924527 | + EDI: WTRRNBANK.COM | | Nov 21 2020 02:13:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 518924529 | + EDI: VERIZONCOMB.COM | | Nov 21 2020 02:08:00 | VERIZON WIRELESS, ATTN: VERIZON BANKRUPTCY, 500 TECHNOLOGY DR, STE 500, WELDON SPRINGS, MO 63304-2225 |
| 518924530 | + EDI: WFFC.COM | | Nov 21 2020 02:13:00 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518924531 | + EDI: WFFC.COM | | Nov 21 2020 02:13:00 | WELLS FARGO BANK NA, MAC F823F-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 518924535 | + EDI: WABK.COM | | Nov 21 2020 02:13:00 | WORLD FINANCE/WORLD ACCEPTANCE CORP, ATTN: BANKRUPTCY, 108 FREDERICK ST, GREENVILLE, SC 29607-2532 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518924473 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518924474 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518924475 | *+ | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518924479 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518924480 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518924481 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518924482 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| | | |
|---|---|---|
| 518924489 | *+ | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518924490 | *+ | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518924486 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518924487 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518924508 | *+ | NAVY FCU, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 518924510 | *+ | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 518924519 | *+ | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO B 965064, ORKANDO, FL 32896-5064 |
| 518924525 | *+ | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518924532 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518924533 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 518924534 | *+ | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Susan M. Petsch-Block ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4